## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**SHELBY BOLES AND**
**WILLIAM BOLES**                                                              **PLAINTIFFS**

**v.**                                                              Cause No. _21-90_

**PENSKE TRUCK LEASING CO., LP,**
**MICHAEL CROCHET,**
**ABC CORPORATIONS 1-5, AND JOHN DOES 1-5**                          **DEFENDANTS**

                                                         **(JURY TRIAL DEMANDED)**

---

### COMPLAINT

---

Plaintiffs, Shelby Boles ("Shelby") and William Boles ("William") (collectively "Plaintiffs"), file their Complaint against Defendants Penske Truck Leasing Co., LP ("Penske"). Michael Crochet ("Crochet"), ABC Corporations 1-5, and John Does 1-5, and request judgment against Defendants and in further support provides the Court as follows:

#### Parties

1.   Plaintiff, Shelby Boles (formerly Hilton), was an adult resident citizen of Florence, MS at the time of the collision and now resides in Jacksonville, North Carolina.

2.   Plaintiff, William Boles, is an adult resident citizen of Jacksonville, North Carolina.

3.   Defendant, Penske, is a Delaware corporation with is principal business establishment in Reading, PA and may be served with process, by serving a copy of the Summons and Complaint upon its registered agent for process, in Corporation Service Company, 7716 Old Canton Road, Suite C, Madison, MS 39110.



4.  Defendant, Crochet, upon information and belief, is a resident citizen of Louisiana and may be served with process by serving a copy of the Summons and Complaint upon him at 58220 Sherburne Street, Plaquemine, LA 70764.

5.  Defendants ABC Corporations 1-5 at all times relevant hereto are unidentified companies whose true identity and place of business are presently unknown, and which were involved in matters which are the subject of this litigation. Plaintiffs will amend this Complaint at such time as the identities of those ABC Corporation defendants become known throughout the course of continuing investigation and discovery.

6.  Defendants John Does 1-5 at all times relevant hereto are unidentified unincorporated companies or individuals whose true identity and address are presently unknown, and where were involved in matters which are the subject of this litigation. Plaintiffs will amend this Complaint at such time as the identities of these John Doe defendants become known throughout the course of continuing investigation and discovery.

## Jurisdiction & Venue

7.  Jurisdiction is proper in this Court because this is a tort action, the motor vehicle incident occurred in Rankin County, and Circuit Court is the Court of General Jurisdiction.

8.  Venue is proper in this Court pursuant to MCA§ 11-11-3.

## Background & Facts

9.  On or about May 10, 2018, Shelby was traveling west in her 2018 Saturn Vue on Highway 18 in Rankin County, Mississippi, near the intersection of Highway 18 and Cannon Road. Shelby was unable to stop her vehicle once she realized a 2004 Honda Accord in front of her was completely stopped in the road waiting to turn onto Cannon Road. Shelby's car

made slight contact with the Honda and the two cars came to a rest in the westbound lane.

10.     Traveling in the opposite direction.and in eastbound lane, was Defendant Crochet, who was
        operating a 2017 Freightliner Truck, bearing Indiana license tag number 2435154. Upon
        information and belief, Freightliner was owned by Penske, and Defendant Crochet was
        operating the 2017 Freightliner in the course and scope of his employment with Penske.

11.     Suddenly and without warning, Defendant Crochet failed to keep a proper lookout, veered
        into Shelby's lane, and negligently collided into Shelby's much smaller saturn vehicle. The
        force of the impact was so tremendous that it crushed Shelby's car, pushed it many yards
        down Highway 18.

12.     Shelby sustained severe bodily injuries and has been forced to undergo eleven (11)
        surgeries as a result of the subject wreck.

### Count I – Claims for Negligence against Defendant Crochet

13.     Plaintiffs incorporate and re-allege all previous paragraphs set out herein.

14.     Crochet was negligent in the operation of his truck in the following respects:

        a.     failed to keep a proper lookout for others;

        b.     failed to keep his car under control;

        c.     failed to see what reasonably should have been seen;

        d.     failed to keep proper and reasonable distance between his and Shelby's vehicles;

        e.     failed to reduce speed to avoid collision;

        f.     failed to slow or otherwise maneuver his motor vehicle. so as to avoid causing
               collision;

        g.     operated his vehicle when his vehicle was not physically capable of safe operation.
               including having proper visual acuity;

h.      failed to drive his vehicle in a safe and reasonable manner;

I.      failed to pay attention to circumstances around him;

J.      utilized an unreasonable and unsafe route;

k.      failed to drive with due regard for the safety of others;

I.      violated weight restrictions;

m.      violated applicable permits;

n.      operated a commercial motor vehicle while fatigued;

o.      operated a commercial motor vehicle while his ability and alertness was impaired;

p.      failed to properly maintain and inspect his commercial vehicle;

q.      failed to warn the decedent;

r.      failed to yield to the decedent;

s.      failed to adequately and reasonable monitor the flow of traffic; and

t.      other acts of negligence to be shown at a trial of this cause.

15.    One, some, or all of the aforesaid acts of negligence were the direct and proximate cause of

the collision at issue and Shelby's resulting severe injuries and damages.

## Count II – Per Se Violations of Statutory Laws & Duties

16.    Plaintiffs incorporate and re-allege all previous paragraphs set out herein.

17.    At the time of the wreck in question, the following Federal Regulations as well as statutes

of the State of Mississippi were in full force and effect and were violated by Defendant

Crochet, constituting negligence per se:

a.      violated state and federal statutes and regulations, including but not limited to 49
C.F.R. § 350 to 399;

b.     violated MCA § 63-3-505, by failing to operate his motor vehicle at a reasonable rates of speed;

c.     violated the ten (10) hour rule [395.3(a)(l)];

d.     violated the 70 hour rule [395.3(b)];

e.     violated MCA§ 63-3-1213, by driving his motor vehicle in a careless and imprudent manner without due regard for traffic and all other attendant circumstances;

f.     failing to properly inspect his commercial motor vehicle [396.13];

g.     failing to complete and sign the required vehicle inspection reports [396.11];

h.     failing to properly inspect cargo [392.9];

i.     failing to properly secure cargo [393.102];

J.     violated MCA § 63-3-619(1) by failing to have due regard to the speed of the vehicles and the traffic conditions at the time.

k.     violated MCA § 63-3-505, by failing to slow or otherwise maneuver his motor vehicle so as to avoid colliding with the motor vehicle in front of him and being operated by Crochet.

l.     violated MCA 63-3-401 by failing to fulfill the requirements of MCA 43-3-405;

m.     violated MCA 63-3-405 by failing to render reasonable assistance;

n.     violated MCA 63-3-601 by failing to drive upon the right half of the roadway;

o.     violated MCA 63-3-609 by failing to pass to the left of at a safe distance;

p.     violated MCA 63-3-611 by driving to the left under conditions that there in existed.

q.     violated MCA 63-3-1201 by driving his vehicle in such a manner as to indicate either a willful or a wanton disregard for the safety of persons or property;

r.     violated MCA 63-3-1213 by driving his vehicle in a careless or imprudent manner, without due regard for the width, grade, cures, corner, traffic and use of the stresses and highways and all other attendant circumstances.

18.   One, some or all of the aforesaid acts of negligence were the direct and proximate cause of

the collision at issue and Shelby's resulting severe injuries and damages.

### Count III – Claim for *Respondeat Superior*

19.  Plaintiffs incorporate and re-allege all previous paragraphs set out herein.

20.  At the time of the collision described herein, Defendant Crochet was acting within the course and scope of his employment with Penske.

21.  Any and all negligent acts or omissions of Defendant Crochet are directly imputed to Penske. Penske is responsible for the injuries and damages resulting from Crochet's negligent acts and/or omissions under the doctrines of vicarious liability and respondent superior.

### Count IV – Negligent Entrustment

22.  Plaintiffs incorporate and re-allege all previous paragraphs set out herein.

23.  Upon information and belief, Penske was the owner of the vehicle driven by Defendant Crochet at the time of the subject collision, Penske contracted with Crochet and had knowledge of and consented to Crochet driving the truck.

24.  Penske was negligent in allowing Crochet to use the vehicle, and therefore, negligently entrusted the vehicle to his possession and custody for use.

25.  The negligent entrustment of the vehicle to Crochet caused or contributed to the severe bodily injuries to Shelby.

### Count V – Negligent Hiring, Negligent Training, Negligent Retention, Negligent Supervision, and Improper Vehicle Maintenance & Inspection

26.  Plaintiffs incorporate and re-allege all previous paragraphs set out herein.

27.  Defendant Penske has a duty to act reasonably in hiring, retaining, training and/or supervising

Page 6 of 8

Crochet and to promulgate and enforce rules and regulations to ensure that drivers and vehicles which they own or which operate on their behalf are reasonably safe.. Defendant Penske further have a duty to reasonably and properly maintain and inspect its vehicles, or ensure that same are reasonably and properly maintained and inspected.

28.   Penske failed and breached the above-mentioned duties and were therefore negligent.

29.   The negligence of Penske was the direct and proximate cause of the collision at issueand of Shelby's severe injuries and damages.

## Count VI – Loss of Consortium

30.   Plaintiffs incorporate and re-allege all previous paragraphs set out herein.

31.   Because of the injuries suffered in the collision by Shelby, her husband, William, has lost and been deprived of the services of his wife, including loss of society, companionship, consortium, love and affection, and the loss of participation together in the activities, duties, and responsibilities of making a home.

32.   And William will continue to be permanently so deprived of as a result of the injuries suffered by Shelby.

33.   Thus, William is entitled to all damages available and shown at trial for loss of consortium.

## Damages

34.   Shelby incorporates and re-alleges all previous paragraphs set out herein.

35.   Defendants' actions and inactions demonstrate a conscious disregard for the rights and safety of Shelby and the rest of the public. Therefore, Shelby demands punitive damages against Defendants.

36.   As a result of the aforementioned acts and/or omissions, Defendants are liable for all

elements of damages, past, present, and future, arising from the serious injuries to Shelby,

including:

a.   Past, present, and future physical pain and suffering of Shelby;

b.   Past, present, and future emotional and mental suffering of Shelby;

c.   Hospital bills, doctor bills, prescription drug bills and other medical and medical-related expenses which have been incurred and which will continue to be incurred in the future;

d.   Lost wages;

e.   Temporary and permanent physical impairment and disability;

f.   Past, Present, and Future Loss of enjoyment of life;

g.   Loss of Consortium; and

h.   Punitive damages pursuant to the Mississippi Punitive Damage Statute, Miss. Code Ann. 11-1-65.

Thus, Plaintiff's demand judgment against the Defendants, jointly and severally, for an

amount of actual, compensatory, specials and punitive damages to be determined by a jury of their

peers. Plaintiffs also seek all attorney fees and costs, pre-judgment interest, post-judgment interest

and all other relief according to law.

Respectfully submitted this the 19th of April, 2021.

**SHELBY HILTON,**
**Plaintiff**

CORY N. FERRAEZ, MSB #104250

Cory N. Ferraez, MSB#104770
Ferraez & Associates, PLLC
6152 Hwy 98 W, Suite 20
Hattiesburg, MS 39402
P: (601) 915-2679
F: (601) 258-8219
callcoryms@gmail.com

# COVER SHEET
**Civil Case Filing Form**

*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court     Form AOC/01
Administrative Office of Courts     (Rev 2020)

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CI, CO) |
|---|---|---|

**Month Date Year**
`0 4 1 9 2 1`

This area to be completed by clerk

**Docket Number**
`2 0 2 1` `9 0`

**Local Docket ID**

Case Number if filed prior to 1/1/94

---

**In the** CIRCUIT    **Court of** RANKIN    **County** —    **Judicial District**

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

**Individual** Boles    Shelby    Hilton
Last Name     First Name     Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

___ Check ( x ) if Individual Plainitiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

**Attorney (Name & Address)** 6152 Hwy 98 W Suite 20, Hattiesburg MS 39402     **MS Bar No.** 104770

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: _____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

**Individual** _____
Last Name     First Name     Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business** Penske Truck Leasing Co., LP

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known**     **MS Bar No.**

---

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial |
|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) |
| [ ] Child Support | [ ] Business Dissolution |
| [ ] Contempt | [ ] Debt Collection |
| [ ] Divorce:Fault | [ ] Employment |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment |
| [ ] Domestic Abuse | [ ] Garnishment |
| [ ] Emancipation | [ ] Replevin |
| [ ] Modification | [ ] Other _____ |
| [ ] Paternity | **Probate** |
| [ ] Property Division | [ ] Accounting (Probate) |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship |
| [ ] Other _____ | [ ] Guardianship |
| **Appeals** | [ ] Joint Conservatorship & Guardianship |
| [ ] Administrative Agency | [ ] Heirship |
| [ ] County Court | [ ] Intestate Estate |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement |
| [ ] Justice Court | [ ] Muniment of Title |
| [ ] MS Dept Employment Security | [ ] Name Change |
| [ ] Municipal Court | [ ] Testate Estate |
| [ ] Other _____ | [ ] Will Contest |
| | [ ] Alcohol/Drug Commitment (Involuntary) |

[ ] Alcohol/Drug Commitment (Voluntary)
[ ] Other

| Children/Minors - Non-Domestic |
|---|
| [ ] Adoption - Contested |
| [ ] Adoption - Uncontested |
| [ ] Consent to Abortion |
| [ ] Minor Removal of Minority |
| [ ] Other _____ |
| **Civil Rights** |
| [ ] Elections |
| [ ] Expungement |
| [ ] Habeas Corpus |
| [ ] Post Conviction Relief/Prisoner |
| [ ] Other _____ |
| **Contract** |
| [ ] Breach of Contract |
| [ ] Installment Contract |
| [ ] Insurance |
| [ ] Specific Performance |
| [ ] Other _____ |
| **Statutes/Rules** |
| [ ] Bond Validation |
| [ ] Civil Forfeiture |
| [ ] Declaratory Judgment |
| [ ] Injunction or Restraining Order |
| [ ] Other _____ |

| Real Property |
|---|
| [ ] Adverse Possession |
| [ ] Ejectment |
| [ ] Eminent Domain |
| [ ] Eviction |
| [ ] Judicial Foreclosure |
| [ ] Lien Assertion |
| [ ] Partition |
| [ ] Tax Sale: Confirm/Cancel |
| [ ] Title Boundary or Easement |
| [ ] Other _____ |

| Torts |
|---|
| [ ] Bad Faith |
| [ ] Fraud |
| [ ] Intentional Tort |
| [ ] Loss of Consortium |
| [ ] Malpractice - Legal |
| [ ] Malpractice - Medical |
| [ ] Mass Tort |
| [ ] Negligence - General |
| [X] Negligence - Motor Vehicle |
| [ ] Premises Liability |
| [ ] Product Liability |
| [ ] Subrogation |
| [ ] Wrongful Death |
| [ ] Other _____ |

**IN THE** CIRCUIT ☑ **COURT OF** RANKIN ☑ **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____ _____     Docket No. If Filed
                File Yr    Chronological No.   Clerk's Local ID        Prior to 1/1/94_____

### PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
### IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

**Individual**: Boles _____ William _____ ( _____ ) _____ _____
              Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

---

**Plaintiff #3:**

**Individual**: _____ _____ ( _____ ) _____ _____
              Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

---

**Plaintiff #4:**

**Individual**: _____ _____ ( _____ ) _____ _____
              Last Name          First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
            Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____  _____
    File Yr        Chronological No.        Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94_____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual**: Corchet _____ Michael _____  ( _____ ) _____ _____
                    Last Name              First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual**: _____ _____ _____  ( _____ ) _____ _____
                 Last Name              First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual**: _____ _____ _____  ( _____ ) _____ _____
                 Last Name              First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
              Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___