## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**SHELBY BOLES AND**
**WILLIAM BOLES**                                                                **PLAINTIFFS**

v.                                                              Cause No.  21-90

**PENSKE TRUCK LEASING CO., LP**
**MICHAEL CROCHET,**
**ABC CORPORATIONS 1-5, AND JOHN DOES 1-5**                    **DEFENDANTS**

### SUMMONS

### THE STATE OF MISSISSIPPI

TO:   Penske Truck Leasing Co., LP
      Corporation Service Company,
      7716 Old Canton Road, Suite C,
      Madison, MS 39110
      or WHEREVER FOUND

### THE COMPLAINT, INTERROGATORIES, REQUEST FOR PRODUCTION, AND REQUEST FOR ADMISSIONS WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Amended Complaint, to Cory N. Ferraez, Ferraez & Associates, PLLC, 6152 Hwy 98 W, Suite 20, Hattiesburg, Mississippi 39402, attorney for the Plaintiffs. Your response to the Complaint must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward. Discovery must be mailed or delivered within forty-five (45) days from the date of the delivery of this Summons, Complaint, Interrogatories, Request for Production, and Request for Admissions.

Issued under my hand and seal of said Court, this  19  day of April , 2021.

### RANKIN COUNTY CIRCUIT CLERK

BY: FILE de COPY                                    D.C.



EXHIBIT D-3