## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**SHELBY AND WILLIAM BOLES**
**PLAINTIFFS,**

v.

**Case No.: 21-90**
**JURY DEMANDED**

**DUPONT NURSERY, INC.,**
**MICHAEL CROCHET,**
**AB CORPORATIONS 1-5 AND JOHN DOES 1-5**

**DEFENDANTS.**

### NOTICE OF APPEARANCE

COME NOW Defendants Dupont Nursery Inc., (incorrectly named as Dupont Nursing, Inc.), and Michael Crochet, without waiving service of process, venue or jurisdiction, or any other defenses in this matter and would show unto this Honorable Court that TRACY A. OVERSTREET and W. DAVID DARNELL of LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC will be representing them in this cause, and request that said law firm and counsel be entered as counsel of record for Dupont Nursery Inc. (incorrectly named as Dupont Nursing, Inc.), and Michael Crochet, by the Clerk of the Court.

Submitted this the 19th day of August 2021.

[Signature Page Follows]


EXHIBIT D-7

[Signature Page to Notice of Appearance]

*Respectfully Submitted,*

**LEITNER, WILLIAMS, DOOLEY,
& NAPOLITAN, PLLC**

By: _____
Tracy A. Overstreet, (No. 104896)
W. David Darnell, (No. 102841)
1715 Aaron Brenner Drive, Suite 300
Memphis, TN 38120
Phone: (901) 527-0214
Fax: (901) 527-8224
Tracy.Overstreet@leitnerfirm.com
David.Darnell@leitnerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been served on the following attorney of record:

Cory N. Ferraez, (#104770)
Ferraez & Associates, PLLC
6152 Hwy 98 W, Suite 20
Hattiesburg, MS 39402
Telephone: (601) 915-2679
F: (601) 258-8219
Email: callcoryms@gmail.com

via U.S. Mail, postage prepaid and/or via electronic means on this 19th day of August 2021.

_____
Tracy A. Overstreet
William D. Darnell

2